IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PENNY LYNN URICH-BRENNER

               v.               C.A. NO. 14-7010

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

## **ORDER**

AND NOW, this 29th day of April, 2016, upon consideration of the plaintiff's request for review, the Commissioner's response, and plaintiff's reply, and after careful review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (ECF 14) to which there were no objections filed, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. Plaintiff's Request for Review is GRANTED.
3. The case is REMANDED in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation.
4. The Clerk is DIRECTED to mark this case closed.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.